UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>,
    Plaintiff

    v.

Case Number: 09-cr-63-01-SM

<u>Thomas Marlowe</u>
    Defendant

## O R D E R

Defendant Marlowe's motion to continue the final pretrial conference and trial is granted (document no. 9). Defendant Marlowe has filed a Waiver of Speedy Trial. Trial has been rescheduled for the month of July 2009.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for July 9, 2009 at 4:00 p.m. in Room 421.

Jury selection will take place on July 21, 2009 at 9:30 a.m.

SO ORDERED.

/s/ Steven J. McAuliffe
Steven J. McAuliffe
Chief Judge

May 8, 2009

cc: Jessica C. Brown, Esq.
 Terry L. Ollila, AUSA
 U.S. Marshal
 U.S. Probation