UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>,
     Plaintiff

         v.

                               Case Number: 09-cr-63-01-SM

<u>Thomas Marlowe</u>
     Defendant

## O R D E R

Defendant Marlowe's motion to continue the final pretrial conference and trial is granted  (document no. 15). Trial has been rescheduled for the month of September  2009.  Defendant Marlowe shall file a waiver of speedy trial rights not later than July 20, 2009.  On the filing of such waiver,  his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference  is rescheduled for August 31, 2009  at 10:30 a.m. in  Room 421.

Jury selection will take place on September 15, 2009  at 9:30 a.m.


SO ORDERED.


Steven J. McAuliffe
Chief Judge


July 9, 2009

cc:    Jessica C. Brown, Esq.
       Terry L. Ollila, AUSA
       U.S. Marshal
       U.S. Probation